FILED

UNITED STATES COURT OF APPEALS

OCT 07 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MANUEL YEPIZ, aka Martin Sanchez, Seal G, and Pony;<br>JOSE LUIS MEJIA, aka Jose Luiz Mejia, Jose Nernedes, Juan Martinez, Jose Mejia, Check Mejia, Jose Al Mejia, Joe Morin, Jose L. Mejia, "Checho," "Joe," and "Cheech";<br>FRANCISCO ZAMBRANO, aka Franky Boy and "Franky";<br>JESUS CONTRERAS, aka Jessie Contreras and Yuck;<br>MARIANO MEZA;<br>SERGIO MEJIA, aka Robert Mesa, Seal JJ, and Jaws;<br>GILBERTO CARRASCO, aka Gilberto Carrasco, Jr., Gil Carrasco, Robert Carrasco, Gilberto Carrosco, Gilberto Corrosco, Julio Gonzalez, Vicente Hernandez, Vincente Hernandez, Vincente Nmn Hernandez, Sergio Renteria, Juan Rosas, Beto, Betillo, Red, and Cejas; | Nos. 07-50051, 07-50062, 07-50063, 07-50067, 07-50070, 07-50098, 07-50133, 07-50142, & 07-50264<br><br>D.C. No. CR-05-00578-JFW-7<br>Central District of California, Los Angeles<br><br>ORDER |

gml/Appellate Commissioner

Nos. 07-50051, 07-50062, 07-50063, 07-50067, 07-50070, 07-50098, 07-50133, 07-50142, & 07-50264

ERNESTO OROZCO MENDEZ, aka "Gordo," "El Gordo," Ernesto Mijares, Ernesto Mendoza Mijares, Ernesto Mendoza Orozco (Birth Name); and RAFAEL YEPIZ;

    Defendants - Appellants.

Before:  Peter L. Shaw, Appellate Commissioner.

Appellee's unopposed motion for an extension of time to file its consolidated answering brief is granted.

Appellee's consolidated answering brief and supplemental excerpts of record are due April 10, 2014.  Appellants' joint optional reply brief and any individual supplemental briefs are due June 10, 2014.  Any party who wishes to file an oversized, joint, or supplemental brief shall submit one copy of the proposed draft brief with a motion for leave to file an oversized, joint, or supplemental brief on or before the due date of the brief.

The Clerk shall forward any oversized, joint, or individual supplemental briefs and motion to file the same to the Appellate Commissioner for review.

gml/Appellate Commissioner            2